IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HYUK JIN SEO, Plaintiff(s) | ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| I.P.T NAME AND DESIGN INC. (d/b/a TYCHE NYC), EUN CHUL SHIN (a/k/a CHRIS SHIN a/k/a DIEGO SHIN), JOHN AND JANE DOES 1-10, and XYZ CORPS 1-10, Defendant(s) | ) ) ) ) ) | Case No.: 1:19-cv-2202 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-19

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff HYUK JIN SEO and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) I.P.T NAME AND DESIGN INC. (d/b/a TYCHE NYC), EUN CHUL SHIN (a/k/a CHRIS SHIN a/k/a DIEGO SHIN), JOHN AND JANE DOES 1-10, and XYZ CORPS 1-10.

Date: October 4, 2019

*[signature]*
*Signature of plaintiffs or plaintiff's counsel*

3834 147th st
*Address*

Flushing NY 11354
*City, State & Zip Code*

917 773 5434
*Telephone Number*

2019 OCT -4 PM 12:01 SDNY PRO SE OFFICE RECEIVED