

| Bayside Office | New Jersey Office | Manhattan Office |
| --- | --- | --- |
| 40-21 Bell Blvd., 2nd Floor | Kim & Bae Building | 45 Rockefeller Plaza, Suite 2000 |
| Bayside, NY 11361 | 2160 North Central Road, 3rd Floor | New York, NY 10111 |
| T. 718.321.0770  F. 718.321.0799 | Fort Lee, NJ 07024 | T. 212.319.6888 |
| | T. 201.585.2288  F. 201.585.2246 | |

• Please reply to Bayside Office

October 8, 2019

**VIA ECF and Email (ALCarterNYSDChambers@nysd.uscourts.gov)**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Sqaure, Room 435
New York, NY10007

    Re:    Seo v. I.P.T Name And Design Inc. et al
            Docket Number: 1:19-cv-02202-ALC-JLC
            *Letter Regarding Stipulation of Voluntary Dismissal Filed on October 4, 2019*

Dear Judge Carter:

      This firm represents the Plaintiff, Hyuk Jin Seo, in the above-referenced matter. We write to inform Your Honor that the Stipulation of Voluntary Dismissal (Dkt. No. 18) filed by our client was done without our knowledge. We were informed by our client that Individual Defendants escorted our client to the Clerk's office and had him sign the stipulation right there. We are surprised by this event because there was a settlement offer on the table – albeit not one that we thought was fair and adequate to redress our client's wage and hour claims. We respectfully request that Your Honor order a hearing, with counsel and parties present, to ensure that Plaintiff's claims are properly addressed.

      We thank Your Honor for your time and attention to this matter.

Very truly yours,

*/s/ Farzad Ramin*
Farzad Ramin


cc:    Counsel of Record (Via ECF and Email)
        Client (Via First Class Mail)