USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

HUYK JIN SEO, *individually and on behalf of others similarly situated*,

                              Plaintiff,

-against-

I.P.T. NAME AND DESIGN INC., ET AL,

                              Defendants.

-----------------------------------------------------------------x

19-cv-2202 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of parties' additional letters regarding the Notice of Voluntary Dismissal. ECF Nos. 21, 22. Defendants are hereby **ORDERED** to respond to Plaintiff's claims, including the claim that Defendants offered to cover Plaintiff's attorneys' fees in exchange for Plaintiff filing a Notice of Voluntary Dismissal. Defendants' response should be filed on or before **October 31, 2019**.

SO ORDERED.

Dated:    October 28, 2019
             New York, New York

                                                             _____
                                                              **HON. ANDREW L. CARTER, JR.**
                                                              **United States District Judge**