USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| HUYK JIN SEO, *individually and on behalf of others similarly situated*,<br><br>                                Plaintiff,<br><br>-against-<br><br>I.P.T. NAME AND DESIGN INC., ET AL,<br><br>                              Defendants. | 19-cv-2202 (ALC)<br><br>**ORDER** |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters regarding the Notice of Voluntary Dismissal. ECF Nos. 19, 21, 22, 24. Plaintiff and Defendants are hereby **ORDERED** to appear, in person, for a hearing in this matter on **November 14, 2019 at 2:00 p.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

Dated:     November 4, 2019
             New York, New York

                                                    **HON. ANDREW L. CARTER, JR.**
                                                    **United States District Judge**