USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HYUK JIN SEO, *individually and on behalf of others similarly situated*,

        Plaintiff,

- against -

I.P.T. NAME AND DESIGN INC., *et al*,

        Defendants.
-------------------------------------------------------------X

**ORDER FOR CONFERENCE PURSUANT TO RULE 16**

19-CV-2202 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The initial case management conference is hereby rescheduled, on consent, to **February 12, 2020** at **11:00 a.m**. in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.

The Clerk is respectfully directed to close Docket Number 32 and mark it as granted.

**SO ORDERED.**

Dated: December 26, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge