

# Law Offices of T. Stephen Song, P.C.

40-21 Bell Blvd., 2nd Floor, Bayside, NY 11361
Tel.: 718-321-0770   Fax:718-321-0799   framin@stephensong.net

May 15, 2020

<u>VIA ECF</u>

The Honorable James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
United States Courthouse
New York, NY 10007

        Re:    <u>Seo v. I.P.T. Name and Design Inc. et al</u>
                 Civil Action No:   1:19-cv-02202-ALC-JLC
                 *Informing the Court of Settlement*

Dear Judge Cott:

      We represent the Plaintiff, Hyuk Jin Seo in the above-referenced wage-and-hour action. We write jointly with Defendants' counsel to inform the Court that the parties have reached a settlement in principal to resolve the disputes between them. We anticipate filing the Settlement Agreement for the Court's approval no later than June 15, 2020.

      We thank Your Honor for your continued assistance on this matter.

Very truly yours,

*/s/ Farzad Ramin*
Farzad Ramin


cc: all counsel of record (via ECF)