UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUK JIN SEO, *individually and on behalf of all others similarly situated*,<br><br>         Plaintiff,<br><br>-against-<br><br>I.P.T NAME AND DESIGN INC. (d/b/a TYCHE NYC), EUN CHUL SHIN (a/k/a CHRIS SHIN a/k/a DIEGO SHIN), JOHN AND JANE DOES 1-10, and XYZ CORPS 1-10,<br><br>         Defendants. | Civil Action Number<br>1:19-cv-02202 (JLC) |

**STIPULATION AND [*PROPOSED*] ORDER OF DISMISSAL WITH PREJUDICE**

The parties in the above-captioned action, through their undersigned counsel, stipulate and agree as follows:

1. No party hereto is an infant or incompetent person for whom a committee has been appointed and no non-party has an interest in the subject matter of the action.

2. The Joint Stipulation of Settlement and Release is fair and reasonable, and adequate to redress Plaintiff's claims in this action.

3. In accordance with Rule 41 of the Federal Rules of Civil Procedure and <u>Cheeks v. Freeport Pancake House. Inc.</u>, 796 F.3d 199 (2d Cir. 2015), this action is dismissed with prejudice in its entirety.

–2–

4. This Stipulation may be executed in counterparts and facsimile or electronic copies of signatures shall be deemed originals for all purposes.

| | |
|---|---|
| Dated: June 26, 2020<br>Bayside, New York | Dated:   June 26, 2020<br>New York, New York |
| **Law Offices of T. Stephen Song, P.C.** | **Levin-Epstein & Associates, P.C.** |
| */s/ Stephen Song*<br>By: Stephen Song, Esq.<br>*Attorneys for Plaintiff*<br>40-21 Bell Blvd., Second Floor<br>Bayside, New York 11361<br>(718) 321-0770<br>Email: ssong@stephensong.net | */s/ Joshua Levin-Epstein*<br>By: Joshua Levin-Epstein, Esq.<br>*Attorneys for Defendants*<br>420 Lexington Ave, Suite 2525<br>New York, New York 10170<br>(212) 792-0046<br>Email: Joshua@levinepstein.com |

SO ORDERED THIS ____ DAY OF _____, 2020

_____
Hon. James L. Cott
United States Magistrate Judge