```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HYUK JIN SEO, *individually and on behalf of all others similarly situated*,

                Plaintiff,

- against -

I.P.T. NAME AND DESIGN INC., *et al.*,

                Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-2202 (ALC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      By Order dated May 15, 2020 (Dkt. No. 43), the parties were directed to submit their settlement agreement and related fairness materials no later than June 15, 2020, and to address their submission to Judge Carter unless they consented to my jurisdiction by filing a consent form. On June 30, 2020, two weeks past the court deadline and without any request for an extension, the parties submitted their settlement agreement, fairness letter, and stipulation of dismissal, and directed all of those submissions to my attention. However, the parties have not filed a consent to magistrate judge jurisdiction form pursuant to 28 U.S.C. 636(c). If the parties wish to have me review their settlement papers, they should submit a consent form, which is available on the Court's website, **no later than July 10**. Otherwise, the Court will bring the matter to Judge Carter's attention as the assigned district judge in the case.

Finally, in light of the settlement, the status conference scheduled for July 20, 2020 at 11:00 a.m. is adjourned sine die.

**SO ORDERED.**

Dated: July 1, 2020
      New York, New York

JAMES L. COTT
United States Magistrate Judge